

FILED

APR 0 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
    )
        Plaintiffs,    )    No CR-12-85-AWI
    )
  vs.    )    ORDER OF RELEASE
    )
BENJAMIN GONZALEZ COVARRUBIAS    )
    )
        Defendant.    )
_____)

The above named defendant having been sentenced on APRIL 9, 2012 TO 19 DAYS custody, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: 4-9-12

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1